**A.Y. STRAUSS, LLC**
Kelly Magnus Purcaro, Esq.
101 Eisenhower Parkway, Suite 412
Roseland, New Jersey 07068
Tel.: (973) 287-5008
Fax: (973) 226-4104
E-Mail: kpurcaro@aystrauss.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAXLITE, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYLVANIA LIGHTING SERVICES Corp. and OSRAM SYLVANIA, INC., and LUMIRICH CO., LTD.,<br><br>Defendants. | Civil Action No.: 2:18-cv-03543-KM-CLW<br><br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J. |
| SYLVANIA LIGHTING SERVICES Corp. and OSRAM SYLVANIA, INC.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>LUMIRICH CO. LTD. aka CELLREGAIN CO. LTD., ILJIN PARTNERS LLC, ILJIN HOLDINGS CO. LTD., and ILJIN SEMICONDUCTOR CO. LTD.,<br><br>Third-Party Defendants. | **JOINT STIPULATION OF DISMISSAL BETWEEN PLAINTIFF MAXLITE, INC, AND DEFENDANTS SYLVANIA LIGHTING SERVICES CORP. AND OSRAM SYLVANIA, INC.** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff MaxLite, Inc. ("Plaintiff") and Defendants Sylvania Lighting Services Corp. and OSRAM SYLVANIA Inc. ("SLS Defendants"), through their respective counsel, that any and all claims, causes of action and allegations asserted in the above-captioned action, including but not limited to those asserted in the Complaint, or any Amended Complaint are dismissed pursuant to *Fed. R. Civ. P.*

41(a)(1)(A)(ii) as to the SLS Defendants with prejudice and with each party bearing their own costs and fees; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the SLS Defendants hereby dismiss, pursuant to Fed. R. Civ. P. 41(c), their counterclaims against Plaintiff in connection with the above-captioned action with prejudice and with each party bearing their own costs and fees; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** by and between SLS Defendants and LUMIRICH CO., LTD. aka CELLEGAIN CO. LTD. (incorrectly sued as "LUMIRICH CO., LTD. aka CELLREGAIN CO. LTD.,"), ILJIN PARTNERS LLC, ILJIN HOLDINGS CO. LTD. and ILJIN SEMICONDUCTOR CO. LTD. (collectively "LUMRICH Third-Party Defendants"), through their respective counsel, that SLS Defendants' Third-Party claims asserted in the above-captioned action are dismissed pursuant to *Fed. R. Civ. P.* 41(c) as to the LUMRICH Third-Party Defendants with prejudice and with each party bearing their own costs and fees; and Ordered this _____ day of January, 2021.

_____
Hon. Kevin McNulty, U.S.D.J.

Consented to by:

| | |
|---|---|
| **A.Y. STRAUSS, LLC** <br> *Attorneys for Plaintiff MaxLite, Inc.* | **McCARTER & ENGLISH, LLP** <br> *Attorneys for Defendants Sylvania Lighting Services Corp. and OSRAM SYLVANIA Inc.* |
|    *s/ Kelly M. Purcaro* <br> KELLY M. PURCARO <br> 101 Eisenhower Parkway <br> Suite 412 <br> Roseland, New Jersey 07068 <br> Tel.: (973) 287-5008 <br> Fax: (973) 226-4104 <br> E-Mail: kpurcaro@aystrauss.com |    *s/ Kenneth Meyer* <br> KENNETH MEYER <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, New Jersey 07102 <br> Tel.: (973) 848-8310 <br> Fax: (973) 206-6776 <br> E-Mail: kmeyer@mccarter.com |
| Dated: January 12, 2021 | Dated: January 12, 2021 |

**KIM & BAE, P.C.**
*Attorneys for Third-Party Defendants, LUMIRICH CO., LTD. aka CELLEGAIN CO. LTD. (incorrectly sued as "LUMIRICH CO., LTD. aka CELLREGAIN CO. LTD.,"), ILJIN PARTNERS LLC, ILJIN HOLDINGS CO. LTD. and ILJIN SEMICONDUCTOR CO. LTD.*

   *s/ B. J. Kim*
B. J. KIM
2160 N. Central Rd., Suite 303
Fort Lee, NJ 07024
Tel.: (201) 585-2288
Fax: (201) 585-2246
E-Mail: bjkim@kimbae.com

Dated: January 12, 2021